# Exhibit 1

---------- Forwarded message ---------
From: **Dale Hartkemeyer** <dalehartkemeyer@gmail.com>
Date: Wed, Feb 13, 2013 at 2:53 PM
Subject: Minister of Record request
To: David C. Holston <dholston@bop.gov>


Rev. David C. Holston

Supervisory Chaplain

Federal Correctional Complex

4200 Bureau Road South
Terre Haute, IN 47802


Dear Rev. Holston:


This email is in reply to Inmate Wesley Purkey's request to have me serve as his Minister of Record.  I would like this email to serve as my formal acceptance of his request and would like to apply to be designated as his MOR.  As you probably already know, I have been serving as a spiritual adviser to Mr. Purkey since January of 2009, visiting him monthly, usually on Saturdays, to further his study and instruction in Zen Buddhism.  We often spend the visit time exploring Buddhist readings and discussing the contents of essays/sermons that he has found in various publications, and studying various themes within the teachings and drawing connections among the many aspects of the teachings.  I find that Mr. Purkey's familiarity with and awareness of the broad picture of the Buddha Way has greatly expanded over these past years of our mutual spiritual enterprise.  I would like to see this instructional relationship continue.

Attached you will find the NCIC check document.  I will be submitting other documents shortly.  Thank you for considering this application for MOR status.


Sincerely,

Rev. Dale Seigen Hartkemeyer

Sanshin Zen Community

Bloomington, Indiana

---------- Forwarded message ---------
From: **David C. Holston** <dholston@bop.gov>
Date: Wed, Mar 6, 2013 at 12:55 PM
Subject: Re: clergy credentials - Part 2
To: Dale Hartkemeyer <dalehartkemeyer@gmail.com>

Rev. Hartkemeyer:  Most everything should be the same except I am responsible for the scheduling for all MOR visits.  I schedule all the MORs a month in advance through Counselor Edwards.  Is this the email that you want to receive the monthly request?  If so, I will add this email address to my contact list.  The days for MORs will be Saturday-Sunday-Monday.  Normally, the time slots are morning around 8 to 11:30, and afternoon slot is 12:30-3pm.  What times would you like to request for March 30 and April 20.  April 20 afternoon would be better, and March 30 should be open, at least as MORs are concerned.  Let me know and I will request with Counselor Edwards.

Thanks.


D. Holston
Supervisory Chaplain
Federal Correctional Complex
4200 Bureau Rd. South
Terre Haute, IN  47802
(812) 244-4677 (USP)
(812) 238-3433 (FCI)
>>> Dale Hartkemeyer <dalehartkemeyer@gmail.com> 3/6/2013 12:15 PM >>>
Dear Rev.Holston,
Thank you for the notice. Could you tell me if the MOR visits differ in any way from the pastoral visits I was making previously, in terms of scheduling, duration of visits, etc.? I am available on March 30 (Saturday) for a visit with Mr. Purkey. In April, the 20th would be the best date for me.
Thank you.
Dale Seigen Hartkemeyer


On Wed, Mar 6, 2013 at 10:51 AM, David C. Holston <dholston@bop.gov> wrote:

> Rev. Hartkemeyer: You have been approved as MOR for Inmate Purkey. If you would like to make your first MOR visit in March, we could try and schedule for last week of March. Please respond asap if available. Also, I am scheduling April's visits, so please let me know when you would like to visit in April.

Thanks.

D. Holston
Supervisory Chaplain
Federal Correctional Complex
4200 Bureau Rd. South
Terre Haute, IN 47802
(812) 244-4677 (USP)
(812) 238-3433 (FCI)
>>> Dale Hartkemeyer <dalehartkemeyer@gmail.com> 2/20/2013 1:56 PM >>>
Dear Rev, Holston:

Attached you will find scans of Zen lineage papers received at the time of my precepts-taking (file *kechi-seigen)* and of my ordination as a Zen Buddhist monk (file *kechi-shogyo*).

Sincerely,
Dale Seigen Hartkemeyer

**Text (bottom) of kechi-seigen:**

To the bodhisattva (lay Buddhist) Seigen (name meaning "Sacred Source")
La Gendronniere Zen Temple, Aug. 9, 1981

[Conferred by Zen Master Taisen Deshimaru]

**Text (bottom) of kechi-shogyo:**

La Gendronniere, July 29, 1983, to Seigen Shogyo [Dale Hartkemeyer], by Taimyo, Zen monk and disciple of Taisen Deshimaru, for his ordination as monk.

[Conferred by Zen monk Taimyo Luc Boussard]