## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:20-cv-00336-JSM-DLP |
| WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correctional Complex, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### DECLARATION OF CASSANDRA STUBBS

I, Cassandra Stubbs, certify under penalty of perjury that the following statement is true and correct:

1. I am an attorney with the American Civil Liberties Union and counsel of record in *Hartkemeyer v. Barr*.

2. On Monday, July 6, 2020, the Court held a status conference and set a briefing schedule for the case. In the course of that status conference, the Court recommended that we send any factual questions to counsel for Defendants in light of the time pressure of the case.

3. Later that same day, at 2:01 P.M., Shelese Woods, counsel for Defendants, sent Plaintiff's counsel an email requesting an expedited briefing schedule. I replied the same day at 3:20 P.M. and notified Ms. Woods that we were preparing a list of questions regarding COVID-

preparations and mitigation efforts, following the Court's instructions to do so earlier in the day. I relayed that we would consent to the expedited briefing if counsel could respond to our questions by the time defense counsel filed its opposition. Otherwise, we requested an additional day to complete the briefing.

4.      On Monday, July 6, 2020 at 5:45 P.M. I sent a letter with our questions to Ms. Woods. A true and correct copy of our email correspondence and my letter is attached here as Exhibit A.

5.      As of the signing of this declaration, at 6:00 p.m. on July 8, 2020 we have not received any response from counsel to any of our questions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing declaration is true and correct, dated July 8, 2020.

/s/ Cassandra Stubbs
_____
Cassandra Stubbs

2