# EXHIBIT 1

July 6, 2020

Shelese Woods
Assistant United States Attorney
10 West Market Street, Suite 2011
Indianapolis, IN 46204
Shelese.woods@usdoj.gov                                    Delivered by email

          Re:      Hartkemeyer v. Barr
                   Additional Questions Regarding COVID precautions

Dear Ms. Woods:

          Following the Court's recommendation during today's Status Conference that
Plaintiff seek additional clarity from Defendants regarding potential exposure to COVID-
19 and related safety measures, please provide answers to the following:

          1. For both the scheduled executions of Mr. Purkey (July 15) and Mr. Lee
(scheduled two days earlier, July 13), please provide the following:

          a.    For all federal employees (including BOP, DOJ, and US Marshalls
          correctional staff, officials, and attorneys) you expect to be present in Terre
          Haute for the executions:

                   i.The number of individuals from each facility or office who will be
                      present in Terre Haute for the executions;
                  ii.The dates the federal employees will be in Terre Haute;
                 iii.The number of individuals from each facility or office whom you
                      expect will travel to Terre Haute for the executions;
                 iv.The location of the facility or office where they regularly work;
                  v.The COVID-19 testing protocols currently in place at the facilities
                      and offices where the federal employees work;
                 vi.The number of COVID-19 tests administered  to staff and
                      prisoners at those facilities and offices in the past month, and the
                      results of those tests (the number of negative and number of
                      positive results);
                vii.The number of staff at each facility or office who have voluntarily
                      self-quarantined or been subject to mandatory quarantine,
                      or have had identified COVID-19 symptoms in the past
                      month (regardless of whether those staff have been tested);
                 iv.The number of prisoners at each facility where the federal
                      employees work who have been quarantined or otherwise
                      isolated due to COVID-19 symptoms in the past month (regardless
                      of whether those prisoners have been tested);
                  v.Their function/role in the executions; and
               viii.The date they were last tested for COVID-19; and



Capital Punishment
Project

201 W. Main Street
Suite 402
Durham, NC 27701
aclu.org

Cassandra Stubbs
*Director*



Capital Punishment
Project

201 W. Main Street
Suite 402
Durham, NC 27701
aclu.org

Cassandra Stubbs
*Director*

b.   For all non-federal law enforcement or other government personnel you expect to be present in Terre Haute for the executions, please provide the following:

   i.The number of individuals from each facility or office who will travel to Terre Haute for the executions;
   ii.The location of the facility or office where they regularly work, the COVID-19 testing protocols currently in place at those facilities and offices for staff and prisoners, including the number of COVID-19 tests administered to staff and prisoners at those facilities and offices in the past month, and the results of those tests (the number of negative and number of positive results);
   iii.The number of staff at each facility or office where the non-federal employees work who have voluntarily self-quarantined or been subject to mandatory quarantine, or have had identified COVID-19 symptoms in the past month (regardless of whether those staff have been tested);
   iv.The number of prisoners at the facility who have been quarantined or otherwise isolated due to COVID-19 symptoms in the past month (regardless of whether those prisoners have been tested);
   v.The date they were last tested, if any date, for COVID-19; and

c.   The total number of witnesses (media, DOJ witnesses, prisoner family and defense teams, and spiritual advisors) you expect to be present in Terre Haute for the executions, including:

   i.The city and state where they will be traveling from;
   ii. The dates they will be in Terre Haute;

d.   The total number of individuals who will be inside the execution chamber at the time of the execution, including the total number of individuals who will be inside the chamber.

e.   The total number of witnesses in each observation room.

   2. With respect to the execution facility itself, please provide a schematic or layout drawing of the facility with the dimensions of the facility, hallways, and internal rooms, including the dimensions of the viewing windows in the observation rooms.  If you have security concerns with disclosing such a drawing, we will consent to maintain it under seal.  Please provide a description of the ventilation in the facility, whether the ventilation system is separate for each of the rooms, and whether any of the rooms have negative air pressure.

3. Please describe the name and type of COVID-19 testing that the BOP intends to use, if any, for individuals, witnesses, and staff attending the execution or entering the execution facility, including the manufacturer of the tests and information regarding the schedule for testing of such individuals, and when testing results will be received.

4.   Please provide the complete travel path for witnesses attending the execution, beginning with where they will be directed to park their cars.  Please identify where security checks will be conducted, how, by whom, and how will witnesses be transported to and within the Terre Haute facility grounds.

Please let me know if you have any questions regarding these requests.

Sincerely,

/s/ Cassandra Stubbs

Cassandra Stubbs



Capital Punishment
Project

201 W. Main Street
Suite 402
Durham, NC 27701
aclu.org

Cassandra Stubbs
*Director*