CASE No. 20-2262
# IN THE UNITED STATES COURT OF APPEALS

## FOR THE SEVENTH CIRCUIT

_____

## DALE HARTKEMEYER (AKA SEIGEN) AND FATHER MARK O'KEEFE,

*Plaintiffs-Appellants*

## V.
## WILLIAM BARR, *ET AL.*,

*Defendants-Appellees*

_____

## EXECUTIONS SCHEDULED FOR JULY 15, 2020 AND JULY 17, 2020

_____

## MOTION TO EXCEED WORD LIMITS

_____

Plaintiffs-Appellants, by and through undersigned counsel, respectfully move the Court for leave to file an over-length Motion To Stay Executions Pending Appeal (the "Motion"). Under Fed. R. App. P. 27(d)(2)(A), motions "must not exceed 5,200 words." *See* Fed. R. App. P. 27(d)(2)(A). The length of the proposed Motion does not exceed 8,900 words, excluding caption and signatures. Plaintiffs-Appellants have diligently attempted, but were unable to, reduce the length of this Motion given the extraordinary circumstances under which they file. Plaintiffs-Appellants file this Motion against the deadline of two upcoming federal executions. The claims at issue are complex and implicate Plaintiffs-Appellants core religious freedom rights. Plaintiffs-Appellants also jointly file this Motion to request that the Court review their related claims simultaneously. Due to the deadline against which they file, the complexity and significance of the claims at issue, and the joint nature of the filing, Plaintiffs-Appellants respectfully request the Court allow the Plaintiffs-Appellants to file this Motion exceeding 5,200 words.

WHEREFORE, Plaintiffs-Appellants, by and through undersigned counsel, respectfully request that this Court grant this motion to exceed word limits.

Dated: July 14, 2020

Respectfully submitted,

| | /s/ Douglas Hallward-Driemeier |
|---|---|
| Abigail A. Clapp | Douglas Hallward-Driemeier |
| Greenberg Traurig, LLP | Maria G. Calvet |
| 77 W. Wacker Dr., Ste. 3100 | Michelle H. Behrens |
| Chicago, IL 60601 | John T. Dey |
| Tel: (312) 508-4600 | ROPES & GRAY LLP |
| Fax (312) 899-0393 | 2099 Pennsylvania Avenue NW |
| ClappA@gtlaw.com | Washington D.C. 20006 |
| | Tel: (202) 508-4600 |
| Edward C. Wallace | Douglas.Hallward-Driemeier@ropesgray.com |
| Greenberg Traurig, LLP | Maria.Calvet@ropesgray.com |
| 200 Park Avenue | Michelle.Behrens@ropesgray.com |
| New York, NY 10166 | John.Dey@ropesgray.com |

Tel: (212) 801-9200
WallaceE@gtlaw.com

Michael M. Krauss
Greenberg Traurig, LLP
90 South Seventh Street, Suite 3500
Minneapolis, MN 55402
Tel: (612) 259-9700
KraussM@gtlaw.com

Kyle R. Freeny*
Greenberg Traurig, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Tel: (202) 331-3100
FreenyK@gtlaw.com

*Counsel for Petitioner-Appellant Father Mark O'Keefe*

David C. Fathi*
Daniel Mach
Heather L. Weaver
Jennifer Wedekind
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org
dmach@aclu.org
hweaver@aclu.org
jwedekind@aclu.org

Cassandra Stubbs
Amy Fly
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
201 W. Main St., Suite 402
Durham, NC 27701
(919) 688-4605
cstubbs@aclu.org
afly@aclu.org


*Not admitted in D.C.; practice limited to federal courts

*Counsel for Petitioner-Appellant Dale Hartkemeyer (aka Seigen)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2020, a true copy of the foregoing motion has been filed electronically using the Court's CM/ECF system. All parties are represented by registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: July 14, 2020          By:

/s/ Douglas Hallward-Driemeier
Douglas Hallward-Driemeier
ROPES & GRAY LLP
2099 Pennsylvania Avenue NW
Washington D.C. 20006
Tel: (202) 508-4600
Douglas.Hallward-Driemeier@ropesgray.com

*Counsel for Petitioner Appellant Dale Hartkemeyer (aka Seigen)*