## APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: 20-2262

Short Caption: Hartkemeyer v. Barr

   To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

   The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information.  The text of the statement must also be included in the front of the table of contents of the party's main brief.  **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

☐ **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1)     The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate  disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
 Dale Hartkemeyer

(2)     The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
 ACLU and Ropes & Gray

(3)     If the party, amicus or intervenor is a corporation:

   i)     Identify all its parent corporations, if any; and

      NA

   ii)     list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:

      NA

(4)     Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:

   NA

(5)     Provide Debtor information required by FRAP 26.1 (c) 1 & 2:

   NA

Attorney's Signature: /s/ Amy Fly                                Date: July 14, 2020

Attorney's Printed Name:  Amy Fly

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).    **Yes** ☐  **No** ☑

Address:  201 W. Main Street, Suite 402

     Durham, NC 27701

Phone Number: 919-688-4605                        Fax Number:  919-682-5961

E-Mail Address: afly@aclu.org

rev. 12/19 AK

Save As          Clear Form

**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: 20-2262

Short Caption: Hartkemeyer v. Barr

   To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

   The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

☐          **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1)     The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
 Dale Hartkemeyer

(2)     The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
 ACLU and Ropes & Gray

(3)     If the party, amicus or intervenor is a corporation:

   i)          Identify all its parent corporations, if any; and

         NA

   ii)          list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:

         NA

(4)     Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:

 NA

(5)     Provide Debtor information required by FRAP 26.1 (c) 1 & 2:

 NA

Attorney's Signature: /s/ Daniel Mach          Date: July 14, 2020

Attorney's Printed Name: Daniel Mach

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).     **Yes** ☐   **No** ☑

Address: 915 15th Street NW

     Washington, DC 20005

Phone Number: 202-675-2330          Fax Number: 

E-Mail Address: dmach@aclu.org

Save As          Clear Form

## APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: 20-2262

Short Caption: Hartkemeyer v. Barr

 To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

 The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information.  The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

⬜ **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1)     The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate  disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
 Dale Hartkemeyer

(2)     The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
 ACLU and Ropes & Gray

(3)     If the party, amicus or intervenor is a corporation:

  i)     Identify all its parent corporations, if any; and

   NA

  ii)     list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:

   NA

(4)     Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:

   NA

(5)     Provide Debtor information required by FRAP 26.1 (c) 1 & 2:

   NA

Attorney's Signature: /s/ Cassandra Stubbs     Date: July 14, 2020

Attorney's Printed Name:  Cassandra Stubbs

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).     **Yes** ⬜    **No** ✓

Address:  201 W. Main ST. Suite 402

  Durham NC 27701

Phone Number: 919-688-4605          Fax Number:  919-682-5659

E-Mail Address: cstubbs@aclu.org

rev. 12/19 AK

Save As          Clear Form

## APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: 20-2262

Short Caption: Hartkemeyer v. Barr

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

☐  **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1)  The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
Dale Hartkemeyer

(2)  The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
ACLU and Ropes & Gray

(3)  If the party, amicus or intervenor is a corporation:

i)  Identify all its parent corporations, if any; and
NA

ii)  list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:
NA

(4)  Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:
NA

(5)  Provide Debtor information required by FRAP 26.1 (c) 1 & 2:
NA

Attorney's Signature: /s/ Heather L. Weaver          Date: July 14, 2020

Attorney's Printed Name: Heather L. Weaver

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   **Yes** ☐  **No** ☑

Address: 915 15th Street NW

Washington, DC 20005

Phone Number: 202-675-2330          Fax Number: _____

E-Mail Address: hweaver@aclu.org

rev. 12/19 AK

# APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: 20-2262

Short Caption: Hartkemeyer v. Barr

   To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

   The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information.  The text of the statement must also be included in the front of the table of contents of the party's main brief.  **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

☐ **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1)  The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate  disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
 Rev. Dale Hartkemeyer (aka Seigen)

(2)  The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
 American Civil Liberties Union, Ropes & Gray

(3)  If the party, amicus or intervenor is a corporation:

i)     Identify all its parent corporations, if any; and

    N/A

ii)    list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:

    N/A

(4)  Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:

 N/A

(5)  Provide Debtor information required by FRAP 26.1 (c) 1 & 2:

 N/A

---

Attorney's Signature: s/Jennifer Wedekind            Date: 07/14/2020

Attorney's Printed Name:  Jennifer Wedekind

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   **Yes** ☐  **No** ☑

Address:  915 15th Street NW

      Washington, DC 20005

Phone Number: 202-548-6610              Fax Number: 202-393-4931

E-Mail Address: jwedekind@aclu.org

rev. 12/19 AK