# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 15, 2020

Before

DIANE P. WOOD, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 20-2262 | DALE HARTKEMEYER,<br>Plaintiff - Appellant<br><br>and<br><br>FATHER MARK O'KEEFE,<br>Intervening Plaintiff - Appellant<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, et al.,<br>Defendants - Appellees |

**Originating Case Information:**

District Court No: 2:20-cv-00336-JMS-DLP
Southern District of Indiana, Terre Haute Division
District Judge Jane Magnus-Stinson

The following are before the court:

1. **MOTION TO STAY EXECUTIONS PENDING APPEAL**, filed by counsel for the appellants on July 14, 2020.

2. **OPPOSITION TO MOTION TO STAY EXECUTIONS PENDING APPEAL**, filed by counsel for the appellees on July 15, 2020.

3. **APPELLANTS' REPLY IN SUPPORT OF MOTION TO STAY EXECUTIONS PENDING APPEAL**, filed by counsel for the appellants on July 15, 2020.

**IT IS ORDERED** that the Motion to stay the executions is **DENIED**.