# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 15, 2020

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

      Re:  Dale Hartkemeyer, et al.
          v. William P. Barr, Attorney General, et al.
          No. 20-23
          (Your No. 20-2262)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 15, 2020 and placed on the docket July 15, 2020 as No. 20-23.

Sincerely,

**Scott S. Harris**, Clerk

by

Mara Silver
Advising Attorney/Emergency Applications

Clerk