(ORDER LIST:  591 U.S.)


THURSDAY, JULY 16, 2020


CERTIORARI DENIED


20-23      HARTKEMEYER, DALE, ET AL. V. BARR, ATT'Y GEN., ET AL.
(20A11)

The application for stay of execution of sentences of death

for Wesley Purkey and Dustin Honken presented to Justice

Kavanaugh and by him referred to the Court is denied. The

petition for a writ of certiorari is denied.