# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 9, 2020

*By the Court:*

| | |
|---|---|
| No. 20-2262 | DALE HARTKEMEYER,<br>Plaintiff - Appellant<br><br>and<br><br>FATHER MARK O'KEEFE,<br>Intervening Plaintiff - Appellant<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, et al.,<br>Defendants - Appellees |

### Originating Case Information:

District Court No: 2:20-cv-00336-JMS-DLP
Southern District of Indiana, Terre Haute Division
District Judge Jane Magnus-Stinson

On July 15, 2020, this court denied the appellants' motion to stay executions pending appeal.

**IT IS ORDERED** that the appellants shall file a statement of position by September 23, 2020, addressing whether further proceedings are necessary in this appeal. A motion to voluntarily dismiss the appeal pursuant to Federal Rule of Appellate Procedure 42(b) will satisfy the appellants' obligation to respond to this order.

**IT IS FURTHER ORDERED** that briefing is **SUSPENDED** pending further court order.

form name: **c7_Order_BTC**(form ID: **178**)