CASE No. 20-2262

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

_____

## DALE HARTKEMEYER (AKA SEIGEN) AND FATHER MARK O'KEEFE,

*Plaintiffs-Appellants*

v.

## WILLIAM BARR, *ET AL.*,

*Defendants-Appellees*

_____

## APPELLANTS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b) and the Court's Order dated September 9, 2020 (Dkt. 24), Plaintiffs-Appellants hereby move to dismiss with prejudice the above-captioned appeal from the United States District Court for the Southern District of Indiana order of July 14, 2020 denying Plaintiffs-Appellants' motion for a preliminary injunction. Each party shall bear its own costs and fees. Counsel for Plaintiffs-Appellants conferred with counsel for Defendants-Appellees in advance of filing this motion. Defendants-Appellees consent to the motion.


Dated: September 11, 2020

Respectfully submitted,

/s/ *Douglas Hallward-Driemeier*

| | |
|---|---|
| Abigail A. Clapp | Douglas Hallward-Driemeier |
| Greenberg Traurig, LLP | Maria G. Calvet |
| 77 W. Wacker Dr., Ste. 3100 | Michelle H. Behrens |
| Chicago, IL 60601 | John T. Dey |
| Tel:  (312) 508-4600 | ROPES & GRAY LLP |
| Fax  (312) 899-0393 | 2099 Pennsylvania Avenue NW |
| ClappA@gtlaw.com | Washington, D.C. 20006 |
| | Tel:  (202) 508-4600 |
| Edward C. Wallace | Douglas.Hallward-Driemeier@ropesgray.com |
| Greenberg Traurig, LLP | Maria.Calvet@ropesgray.com |
| 200 Park Avenue | Michelle.Behrens@ropesgray.com |
| New York, NY 10166 | John.Dey@ropesgray.com |
| Tel:  (212) 801-9200 | |
| WallaceE@gtlaw.com | |
| | David C. Fathi* |
| Michael M. Krauss | Daniel Mach |
| Greenberg Traurig, LLP | Heather L. Weaver |
| 90 South Seventh Street, Suite 3500 | Jennifer Wedekind |
| Minneapolis, MN 55402 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| Tel:  (612) 259-9700 | 915 15th Street NW |
| KraussM@gtlaw.com | Washington, D.C. 20005 |
| | (202) 548-6603 |
| Kyle R. Freeny | dfathi@aclu.org |
| Greenberg Traurig, LLP | dmach@aclu.org |
| 2101 L Street, N.W., Suite 1000 | hweaver@aclu.org |
| Washington, D.C. 20037 | jwedekind@aclu.org |
| Tel:  (202) 331-3100 | |
| FreenyK@gtlaw.com | Cassandra Stubbs |
| | Amy Fly |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| *Counsel for Petitioner-Appellant Father Mark O'Keefe* | 201 W. Main St., Suite 402 |
| | Durham, NC 27701 |
| | (919) 688-4605 |
| | cstubbs@aclu.org |

afly@aclu.org


*Not admitted in D.C.; practice
limited to federal courts


*Counsel for Petitioner-Appellant
Dale Hartkemeyer (aka Seigen)*

## <u>CERTIFICATE OF COMPLIANCE</u>

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d) because this motion contains less than 2,600 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).  This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman 14-point font.

Dated: September 11, 2020      By:

/s/ *Douglas Hallward-Driemeier*
Douglas Hallward-Driemeier
ROPES & GRAY LLP
2099 Pennsylvania Avenue NW
Washington D.C. 20006
Tel:  (202) 508-4600
Douglas.Hallward-Driemeier@ropesgray.com

*Counsel for Petitioner-Appellant Dale Hartkemeyer (aka Seigen)*

<h1 style="text-align:center">**<u>CERTIFICATE OF SERVICE</u>**</h1>

I HEREBY CERTIFY that on September 11, 2020, a true copy of the foregoing motion has been filed electronically using the Court's CM/ECF system. All parties are represented by registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: September 11, 2020

By:

/s/ *Douglas Hallward-Driemeier*
Douglas Hallward-Driemeier
ROPES & GRAY LLP
2099 Pennsylvania Avenue NW
Washington D.C. 20006
Tel: (202) 508-4600
Douglas.Hallward-Driemeier@ropesgray.com

*Counsel for Petitioner-Appellant Dale Hartkemeyer (aka Seigen)*