# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

September 11, 2020

*By the Court:*

| No. 20-2262 | DALE HARTKEMEYER,<br>Plaintiff - Appellant<br><br>and<br><br>FATHER MARK O'KEEFE,<br>Intervening Plaintiff - Appellant<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, et al.,<br>Defendants - Appellees |
| --- | --- |

**Originating Case Information:**

District Court No: 2:20-cv-00336-JMS-DLP
Southern District of Indiana, Terre Haute Division
District Judge Jane Magnus-Stinson

Upon consideration of the **APPELLANTS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL**, filed on September 11, 2020, by counsel for the appellants,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)